UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket<br>No. CR-99-0050 |
| FRANCIS CROWLEY, | (Wexler, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $13,353.97, that is, restitution in the amount of $13,253.97, plus interest and a special assessment in the amount of $100.00, on June 20, 2002, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on July 24, 2002; and

  WHEREAS, said judgment has been fully paid as to the defendant FRANCIS CROWLEY;

  THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant FRANCIS CROWLEY.

Dated:  Brooklyn, New York
     July 6, 2015

                KELLY T. CURRIE
                Acting United States Attorney
                Eastern District of New York
                271 Cadman Plaza East, 8th Fl.
                Brooklyn, New York 11201

           By:   /s/
               BETH P. SCHWARTZ
               Assistant U.S. Attorney
               (718) 254-6017